IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUAN ALBERTO SILVA MARTINEZ,  )
            Plaintiff,  )
              )
vs.  ) Civil Action No. 08-936
      ) Judge Nora Barry Fischer/
      ) Magistrate Judge Amy Reynolds Hay
SCI GREEN ADMINISTRATION;  )
JANIS NIEMIC, Unit Manager,  )
            Defendants.  )

## ORDER

AND NOW, this 18 day of December, 2008, after the plaintiff, Juan Alberto Silva Martinez, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge recommending that the case be dismissed for failure to prosecute and granting the parties until November 24, 2008, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the case is DISMISSED for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                _____
                                                Nora Barry Fischer
                                                United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Juan Alberto Silva Martinez
DZ-0785
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

All Counsel of Record by electronic filing